# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# DECATUR DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 12 |
| | ) | |
| JEREMY ANDREW BRAY, | ) | Case No. 18-82940-CRJ12 |
| Debtor(s) | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | CLIFTON R JESSUP |

## REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
## FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Care Credit [Last four digit of account:1081]), a creditor in the above-captioned chapter 12 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Synchrony Bank
    c/o PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541
    Telephone: (877) 829-8298
    Facsimile: (757) 351-3257
    E-mail: claims@recoverycorp.com

Dated: Norfolk, Virginia
October 3, 2018

    By: /s/ Valerie Smith

    Valerie Smith
    c/o PRA Receivables Management, LLC
    Senior Manager
    PO Box 41021
    Norfolk, VA 23541
    (877) 829-8298

Assignee Creditor: Care Credit [Last four digit of account:1081]

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

TAZEWELL SHEPARD
Counsel for JEREMY ANDREW BRAY


US Trustee

By: /s/ Valerie Smith