UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
}
}
Jeremy Andrew Bray } Case No. 18-82940-CRJ-12
}
} Chapter 12
Debtor(s) }
}
}
}

ORDER APPOINTING CASE TRUSTEE AND
APPROVING BOND

It is ORDERED and notice is hereby given that:

1. The following case trustee is hereby appointed, and the trustee's bond is fixed under the general blanket bond heretofore approved.

**Michele T. Hatcher**
**P.O. Box 2388**
**Decatur, AL 35602**

2. Unless the case trustee files a rejection of this appointment within seven (7) days following receipt of this order, the trustee will be deemed to have accepted this appointment as provided by Rule 2008.

Dated this the 3rd day of October, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge