# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN RE: )
JEREMY ANDREW BRAY ) CASE NO. 18-82940-CRJ-12
)
SSN XXX-XX-8166 )
) CHAPTER 12
DEBTOR )

## TRUSTEE'S OBJECTION TO DEBTOR'S
## CLAIM OF EXEMPTIONS

COMES NOW, Michele T. Hatcher, Chapter 12 Trustee, and objects to the Debtor's Claim of Exemptions and as grounds therefore states the following:

(X) 1. Debtor's Claim of Exemptions for personal property exceeds the amount of $7,750 per debtor allowed by §6-10-6, *Code of Ala.,* 1975.

( ) 2. Debtor's Claim of Homestead Exemption exceeds the amount of $15,500 per debtor allowed by §6-10-2, *Code of Ala.,* 1975.

( ) 3. Debtor claimed as exempt real estate which is not the Debtor's homestead under the laws of the State of Alabama.

( ) 4. Debtors have claimed a homestead exemption on real estate that is not owned by the Debtors.

(X) 5. Debtor states a current value of "Unknown" for his interest and claim of exemption in a Syngenta Corn class action lawsuit. The Trustee objects to the claim of exemption pursuant to *In Re Green*, 31 F.3d 1098 (11th Cir. Ala. 1994) as "Unknown" does not represent the actual value of the Debtor's interest in this asset.

(X) 6. Debtor claimed as exempt a 1969 Keiser 6x6 Army truck in the amount of $4,000, a 2014 Polaris 550 ATV in the amount of $4,000, a stove, refrigerator, microwave and other household goods in the amount of $600, drills, chainsaws, lawn mower and weedeater in the amount of $2,000 and a John Deere planter, spray rig, field cultivator and 1418 Bushhog in the amount of $6,000 under §6-10-126, *Code of Ala.,* 1975 which is not a permitted exemption in bankruptcy cases.

WHEREFORE, the Trustee respectfully requests the Court enter an order granting the Trustee's Objection to Debtor's Claim of Exemptions as set forth in paragraphs one (1), five (5) and six (6) above.

RESPECTFULLY SUBMITTED this the 2nd day of November, 2018.

    /s/ Michele T. Hatcher  
Michele T. Hatcher  
Chapter 12 Trustee  
P.O. Box 2382  
Decatur, AL 35602  
(256) 350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2018, I have served a copy or the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Jeremy Andrew Bray  
8080 County Road 52  
Spruce Pine AL 35585

Tazewell T. Shepard  
Sparkman Shepard & Morris P.C.  
303 Williams Ave Ste 1411  
Huntsville AL 35801

    /s/ Michele T. Hatcher  
Trustee