# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JEREMY A. BRAY | ) | Case No.: 18-82940-12-CRJ |
| | ) | |
| SSN: xxx-xx-8166 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 12 |
| | ) | |

## DEBTOR'S AMENDED APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, the Chapter 12 Debtor, Jeremy A. Bray, and shows unto this Honorable Court the following:

### Background

1. On October 2, 2018, (the "Commencement Date"), the Debtor commenced with this Court a voluntary case under Chapter 12 of Title 11, United States Code (the "Bankruptcy Code").

### Jurisdiction

2. This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### The Debtor's Business

3. Mr. Bray operates a sole proprietorship farm located in Franklin County, Alabama. The Debtor grows corn and other agricultural products. The Debtor's business is viable and ongoing.

### Relief Requested

4. One of the Estate's assets is a pending claim in the class action lawsuit *In re: Syngenta AG MIR162 Corn Litigation*, MDL No.: 2591 Case No. 14-md-2591-JWL-JPO currently pending in the United States District Court for the District of Kansas (the "Syngenta Lawsuit").

5. Prior to the commencement date, the Debtor filed a claim in the Syngenta Lawsuit with the assistance of Mitchel A. Toups of the law firm Weller, Green, Toups & Terrell, LLP, Richard L. Coffman of the Coffman Law Firm, and Michael D. Godwin of Otts, Moore, Coale, Godwin & Stearns (collectively, "Special Counsel"). A copy of Mr. Toups's, Mr. Coffman's, and Mr. Godwin's CVs are attached and incorporated to this Motion as Exhibits "A," "B," and "C" respectively.

6. It is the undersigned counsel's understanding from Special Counsel that Special Counsel will not be paid any fees in connection to the Syngenta Lawsuit from funds or assets of the Debtor's estate.

7. Accordingly, since no funds will be paid to Special Counsel from the Debtor's estate, employment of Special Counsel may not be necessary pursuant to Subchapter II of Chapter 3 of the Bankruptcy Code. However, in an abundance of caution and as a means of disclosure to this Court and all parties-in-interest, the Debtor has filed the present application to employ.

WHEREFORE, applicant prays to be authorized to employ Mitchel A. Toups of the law firm Weller, Green, Toups & Terrell, LLP, Richard L. Coffman of the Coffman Law Firm, and Michael D. Godwin of Otts, Moore, Coale, Godwin & Stearns; and that it have such other and further relief as is just.

Respectfully submitted, this 21st day of December, 2018.

*/s/ Jeremey A. Bray*
Jeremy A. Bray

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: 256/512-9924
Fax: 256/512-9837
ty@ssmattorneys.com

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document upon all addresses on the Clerk's Mailing Matrix in this case and Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35062 by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid this the 21st day of December, 2018.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV

# MITCHELL A. TOUPS, LTD.
## *Attorneys at Law*

---

Bank of America Tower
2615 Calder Avenue, Suite 400
Beaumont, TX 77702
(409) 832-1800
(877) 453-5297
Fax: (409) 832-8577
E-mail: matoups@wgttlaw.com
***Licensed in Texas and New York***

---

Houston Office:

3900 Essex Lane, Suite 690
Houston, TX 77027
(713) 626-1126

# CV OF MITCHELL A. TOUPS

Mitchell A. Toups received his doctorate of Jurisprudence, cum laude, from Texas Tech University School of Law in 1982. He has been licensed to practice law in the State of Texas since May, 1983. He has also been licensed to practice law in the State of New York since August, 2013. In addition, Mr. Toups is Board Certified in Civil Trial Law and Personal Injury Trial Law by the Texas Board of Legal Specialization and Board Certified in Civil Trial Law and Pretrial Practice by the National Board of Trial Advocacy. Mr. Toups is A-V rated by Martindale-Hubbell. Mr. Toups has practiced both Defense work and Plaintiffs work over his career which began in 1983. The total value of settlements/verdicts for cases in which Mr. Toups has been involved over his career exceeds $1 Billion.

In addition, Mr. Toups has been admitted to practice before, and remains in good standing in the following courts:

| COURT | DATE ADMITTED |
| --- | --- |
| United States Supreme Court | June 6, 1994 |
| U.S. Court of Appeals – First Circuit (1127347) | April 20, 2017 |
| U.S. Court of Appeals – Third Circuit | June 3, 2015 |
| U.S. Court of Appeals – Fifth Circuit | November 22, 1983 |
| U.S. Court of Appeals – Sixth Circuit | October 22, 2010 |
| U.S. Court of Appeals – Seventh Circuit | December 1, 2008 |
| U.S. Court of Appeals – Ninth Circuit | December 2, 2009 |
| U.S. Court of Appeals – Tenth Circuit | April 12, 2018 |
| U.S. Court of Appeals – Eleventh Circuit | May 14, 2009 |
| U.S. District Court - Southern District of Texas | April 9, 1984 |
| U.S. District Court - Eastern District of Texas | November 18, 1983 |
| U.S. District Court - Northern District of Texas | October 5, 2004 |
| U.S. District Court – Northern District of Illinois | December 7, 2015 |
| U.S. District Court – Eastern District of Wisconsin | August 15, 2005 |
| United States Court of Federal Claims (Formerly United States Claims Court) | December 1, 1990 |
| Supreme Court of Texas | May 13, 1983 |
| Supreme Court of New York | August 21, 2013 |

Mr. Toups has also been admitted on a Pro Hac basis in Federal and State Courts around the U.S. and has never been denied admission.

# Mitchell A. Toups

Mitchell A. Toups has appeared as counsel through the United States and has tried hundreds of cases to verdict, judgment or arbitration award. Mr. Toups' accomplishments include:

- J.D., cum laude, in 1982 from Texas Tech University School of Law
- B.B.A. in Finance in 1980 from Lamar University with Honors
- Who's Who in American Colleges and Universities in 1978, 1979, and 1980
- Who's Who in American Law Schools in 1982
- Former Editor of the Texas Tech Law Review
- Author of "Admiralty, Fifth Circuit Survey: July 1981-June 1982," 14 Texas Tech Law Review 71 (1983).
- Member of the Order of the Coif and of Phi Kappa Phi Honor Society

- Board Certified – Personal Injury Law, Texas Board of Legal Specialization since 1989
- Board Certified – Civil Trial Law, Texas Board of Legal Specialization since 1990
- Board Certified – Civil Trial Law, National Board of Legal Specialization since 1991
- Board Certified – Civil Pretrial Practice, National Board of Legal Specialization since 2012

- America's Top 100 High Stakes Litigators – Southern Texas – 2017, 2018
- National Trial Lawyers – Top 100 Lawyers – 2011, 2014, 2015, 2016 and 2017
- Law Dragon's Houston Region Top 100 Lawyers – 2007, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016 and 2017
- Texas Super Lawyer – 2003, 2004, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017 and 2018
- Law Dragon's Top Trial Lawyers – 2007, 2009 and 2010
- Texas Super Lawyer Top 100 in the State of Texas – 2011 and 2012
- Texas Super Lawyer Top Attorneys in Texas – 2008, 2012, 2015, 2016 and 2017
- Texas Super Lawyer Excellence in Practice – 2012
- Law Dragon Leading Plaintiff Lawyers in America – 2007
- AV Peer Review Rating by Martindale Hubbell for more than 30 years
- National Association of Distinguished Counsel – Top 1% - Lifetime Member
- TrialMasters – Lifetime Member

- Memberships:
    - State Bar of Texas
    - New York Bar Association
    - American Bar Association
    - The Fellows of the American Bar Foundation
    - American Association for Justice
    - Texas Trial Lawyers Association
    - Jefferson County Bar Association
    - Houston Trial Lawyers Association
    - The Class Action Trial Lawyers
    - Million Dollar Advocates Forum

The following cases are representative of some of the matters Mr. Toups has handled during his career beginning in May, 1983.

## COMPLEX / CLASS LITIGATION EXPERIENCE OF MITCHELL A. TOUPS

Experience involving mass tort litigation and class actions includes some of the following important cases:

*Cook vs. Colonial* - Lead Counsel for 5,000 Plaintiffs in State Court in Jefferson County, Texas. This was a consolidation of 9,000 Plaintiffs regarding the pipeline ruptures in Houston, Texas, in 1994. Class allegations were involved in this case. The case was settled for a confidential amount. This was one of the largest ruptures and leaks of two of the nation's most important pipelines of fuel, oil and gasoline.

*Albright v. Aeroquip* - Lead Counsel for All Plaintiffs in State Court in Jefferson County, Texas. Involved over 100 Plaintiffs and Decedents regarding the Imperial Food Fire in North Carolina where 25 people died and 80 others were injured. This case involved over 40 defendants. Class allegations were involved in this case although the case was settled for a confidential amount as a mass tort. The Imperial Food Fire was one of the worst in American history – one of the doors in the case is now in the Smithsonian Museum of American History.

*Adams v. Wyeth* - Lead Counsel in a consolidated action of over 1,200 Plaintiffs in State Court in Jefferson County, Texas. This case settled for a confidential amount. The case involves the Norplant Contraceptive device.

*Vitek TMJ Litigation* - Lead Counsel for ~700 Plaintiffs Individually & Co-Lead Class Counsel in the Federal Class Action and MDL. This litigation involves over 10 years of action in State and Federal Court in Texas and Louisiana. Part of the cause of action includes the Methodist Hospital National Class Action which settled in Federal District Court for the Southern District of Texas, Houston Division. The other part of the litigation involves class actions in Louisiana and over 700 individual cases filed in the State of Louisiana and Texas. Over $100 Million in settlements were achieved in the Class Action and individual cases.

*Wesley v. Colonial* - Co-Lead Counsel in this national class action in the United States District Court for the Middle District of Alabama, Northern Division. This case is settled for all property owners in thirteen (13) states which the Colonial Pipeline traverses. The settlements involved approximately $500 Million to be spent over 10 years in improvements to the pipeline nationwide to bring the pipeline up to current DOT Guidelines. Mr. Toups was class counsel that oversaw the implementation of the program each year for ten years by reviewing the Colonial's plan of action and approving same.

*HCA National Class Action* - Co-Lead Counsel for action in the United States District Court for the Middle District of Tennessee, Nashville Division. This case involved health care fraud and was settled by the U.S. Government for more than $1 Billion.

*Washington v. Smith-Kline* - Co-Lead Counsel for national class action in the United States District Court for the Northern District of Alabama, Western Division and then transferred to an MDL action in Connecticut. These cases have now settled on a national basis with millions of dollars returned to patients and healthcare funds that were overbilled for lab tests.

*City of San Juan vs. CP&L* - Co-Lead Class Counsel in class action in State District Court in Hidalgo County, Texas, on behalf of approximately 200 cities in South Texas against a utility company for failure to pay franchise fee taxes. This case was certified as a litigation class and then settled.

*In re Hyundai* - Co-Lead Counsel in a consumer class involving approximately 2 Million automobile owners whose horsepower was misrepresented over a period of ten years. This case involves 17 state class actions. The case settled and was valued at approximately $110 Million.

*King v City of Austin, Texas* - Co-Lead Counsel in a class action for 900 police officers for back pay owed to them and a Summary Judgment was entered on both liability and damages for the Plaintiffs. The case was settled with the City repaying all back pay and attorneys' fees.

*In re: Mass Mutual (Santa Fe, New Mexico)* - Co-Lead Counsel of Objector Group wherein an attempt was made to settle the litigation with no compensation to the class and $10 Million in attorney's fees to class counsel. After objections were made, the case settled for more than $180 Million in cash to the class.

*In re Blockbuster* - Counsel herein served as an expert on attorney's fees in the settlement of this class action in Jefferson County, Texas, which was a consolidation of cases from around the country. The attorney's fees of $9 Million were approved by the trial court and upheld on appeal by the 9th Court of Appeals in Beaumont, Texas.

*Clark v. Equifax, Clark v. Transunion, and Clark v. Experian (MDL)* - Co-Lead Objector Counsel was appointed co-lead counsel for a coordinated group of objecting class members who opposed the approval of proposed nationwide class settlements that would have provided only illusory benefits to the class members and would have allowed the defendants to continue to improperly report bankruptcies for consumers who had not actually filed for bankruptcy themselves (but were joint account holders with others who had filed for bankruptcy). Counsel herein was instrumental in ensuring approval of revised settlements that will provide significant relief (valued in the hundreds of millions of dollars) to many consumers nationwide by requiring the defendants to discontinue their improper bankruptcy reporting practices and providing favorable resolution provisions for breaches of the settlement by the Defendants.

*In re Cosmetics (MDL)* - Co-Lead Counsel for the coordinated objector's group in this class action pending in US. District Court, Oakland, California. Counsel was instrumental in making substantial changes to the settlement. Due to the objections, the Court did not approve the original settlement. After substantial changes were made to the settlement the Court approved the settlement on March 8, 2005. The settlement was valued at $175 Million.

*White/Hernandez v Equifax* - Counsel herein is one of the counsel for the class in a nationwide class action in the Central District of California regarding an FCRA case against all three credit reporting agencies for failure to accurately report whether a debt has been discharged in bankruptcy. The case settled for $45 Million cash and injunctive relief worth hundreds of millions and is currently on Appeal to the 9th Circuit for the third time.

*Jowers v TransUnion (MDL)* – Co-Counsel herein is one of the counsel for the class in a nationwide class action in the Northern District of Illinois regarding an FCRA case against credit reporting agency TransUnion for allowing confidential consumer credit information to be sold, leased and/or improperly disclosed by TransUnion in the form of target marketing lists and failure to notify said consumers that their information had been released. The case settled for $75 Million and additional relief making the settlement in excess of $100 Million. This was the largest FCRA settlement in U.S. history at the time.

*Ford EMS Litigation* – Co-Counsel herein is one of the counsel for the class in a nationwide class action in the Eastern District of Texas involving ambulance owners with 6.0L diesel engines for breach of warranty on the engines. The case settled and valued at approximately $40 Million for more than 20,000 ambulances nationally.

*Charles vs. Kings Park* – Co-counsel for over 250 tenants in a mass tort involving the improper application of Chlordane at an apartment complex, which exposed tenants to harmful levels of this pesticide. The case culminated in a confidential settlement in Harris County, Texas.

*US/Woodard v DaVita - Qui Tam* – Co-Lead Counsel for Relator, Ivey Woodard in the Eastern District of Texas. The Government declined intervention and the high profile and complicated *qui tam* ultimately settled for 8 figures to the U.S. Government with counsel's client receiving $14.6 Million for his efforts.

*Ford/Navistar Litigation (MDL)* – Co-Lead Class Counsel in a nationwide class action for approximately One Million (1,000,000) truck owners. The case settled with an estimated value by Plaintiffs' Counsel of more than $400 Million.

*Ford Spark Plug Litigation (MDL)* – Counsel herein was one of Five Members on the Plaintiffs' Steering Committee in the Northern District of Ohio. This case involves defective spark plugs in more than 2 Million vehicles. The case settled with an estimated value by Plaintiffs' Counsel of more than $225 Million.

*In re Heartland Payment Systems, Inc. Customer Data Security Breach Litigation (MDL)* - Counsel herein is one of the counsel for the Financial Institution Plaintiffs in the Southern District of Texas, who filed suit against Heartland for a massive data breach which occurred in 2009 resulting in the compromise of up to 100 million credit card numbers and affected more than 150 banks and financial institutions in 40 states. This claim was appealed and recently remanded for further proceedings on behalf of the Financial Institution Plaintiffs. The case settled as a non-class.

*GM Ignition Switch Litigation* – Lead Counsel for more than 200 death and injury cases filed in the MDL in Federal Court in New York. This was one of the larges coverups by any automobile manufacturer in the history of the United States. All settlements to date have been confidential.

*Las Vegas Shooting* – Counsel for more than 300 victims of the Las Vegas shooting wherein the shooter fired multiple weapons equipped with bump stocks through the windows of the Mandalay Bay Casino into concert goers at the Route 91 Harvest Festival.

*In re Syngenta GMO Corn Litigation* – Counsel for more than 9,000 U.S. Corn Farmers filed in the MDL and in Illinois related to Syngenta's bioengineered corn that was not approved in China, which caused the price of corn to plummet. The Class Action settled for $1.5 Billion.

## HURRICANE LITIGATION

Toups has handled over 2,300 residential and commercial property claims in Hurricane Ike and Rita cases.

***In re Hurricane Ike Litigation (MDL)*** – Lead Counsel. This case settled with over 1,000 individual cases and a class action with remaining class members in Galveston, Texas. The total settlement was estimated to be at least $189 Million.

***Hurricane Mass Torts Settlement*** – Co-Lead Counsel hired by more than 1,000 property owners in Galveston, Brazoria and Jefferson County, Texas, who were paid $135 Million in 2013 for property damage missed by the original adjusting companies by Texas Windstorm Insurance Association (TWIA).

***State Farm Hurricane Litigation (MDL)*** – Co-Lead Counsel for more than 500 State Farm Hurricane cases in the MDL. Toups tried first case where State Farm was found to have committed fraud and punitive damages were awarded to Plaintiff. All remaining cases were ultimately settled for confidential amounts.

## COMMERCIAL TRANSPORTATION CASES

**Commercial Transportation Cases** - Toups has handled several bus crash cases against companies such as the Coach companies, Greyhound and several independent companies. These cases have included various sizes and types of buses. In addition, Toups has handled numerous other public transportation/common carrier transportation accident cases, including buses, airplanes, boats/ships, and helicopters. As a result of handling these cases and the accident reconstruction issues that they involve over the course of the past twenty-seven years, Toups has developed a specialized expertise in the unique areas of laws and regulations that apply, particularly in this case the complex rules and regulations promulgated by the United States Department of Transportation. As a result of the expertise Toups has developed, over the past five years alone Toups has been hired in this type of public transportation/common carrier accident cases by clients (typically on the recommendation of their local attorneys) in Texas, New York, New Jersey, Alabama, Connecticut, Canada, the Dominican Republic, Venezuela and Mexico.

## CATASTROPHIC CASES

**Catastrophic Cases** - Over his career, Toups has handled hundreds of cases involving explosions; premises liability; brain damage caused by medical negligence or accident; as well as death cases from various accidents and medical negligence cases. These cases are too numerous to list. Examples are as follows:

**BP Oil Spill Litigation** – Toups represented more than 6,000 fishermen and businesses affected by the Oil Spill in the Gulf of Mexico over five years.

**Grant v Union Pacific** – Railroad Death case. Confidential Settlement for 22-year-old involved as a bystander; killed by flying debris.

**Jones Plant Accident** – Lead Counsel for family of man that fell through a rusty roof on an oil storage unit. Settled individual case for $6.75 Million.

**Ranolls v Pilot** – Eighteen Wheeler/Automobile Accident resulting in death of 39-year-old woman. Ranolls' vehicle hit an 18 wheeler. Confidential Settlement.

**Biloxi Bus Crash – 2017** – Co-Lead Counsel for more than 50 victims including four deaths and over 35 serious injuries related to a bus that high-centered on a railroad crossing and was struck by a train in Biloxi, Mississippi.

**Drunk Driver Case** – This case involved the sale of alcohol to an obviously intoxicated individual resulting in the death of the client's husband and only child. The total verdict was more than $100 Million.

**Refinery Case** – This case arose out of an explosion at a Houston Refinery resulting in the client being rendered a quadriplegic. This case settled for a seven figure confidential amount.

**Day Care Case** – This case arose out of an incident at a day care resulting in the death of a baby, which the day care then tried to cover up. A verdict was rendered in excess of $8 Million after a month-long trial.

**Nursing Home Case** – This case arose out of the death of a nursing home resident due to decubitus ulcers, starvation allegations. This case settled for approximately $7.5 Million.

**Rollover Case** – This case involved an automobile rollover resulting in the driver being rendered a quadriplegic. The case settled for a confidential amount.

**Automobile Accident** – This case arose out of an automobile accident resulting in the death of a young woman. This case settled for approximately $3 Million.

**Hotel Case** – This case arose when several guests of a hotel became intoxicated, brought a gun into the hotel, which went off, resulting in the death of another hotel guest in the adjacent room. This case settled for a confidential amount.

**Sexual Abuse Case** – This case arose out of improper actions of a member of the clergy with a minor. This case settled for a confidential amount.

**Apartment Building** – This case involved a diving injury at an apartment complex swimming pool resulting in the client being rendered a quadriplegic. The total value of all settlements was in excess of $5 Million.

**Oilfield Case** – This case involved severe burns resulting from an explosion. This case settled for approximately $3.5 Million.

## COMMERCIAL LITIGATION / CONTRACT DISPUTES

*HeatEx Industries v. Vardell* - Counsel herein is lead counsel for HeatEx for a contract dispute in excess of $5 Million in Jefferson County, Texas. The dispute involves a contract between two companies concerning the sale of one company to the other company and tortious interference claims. The case was settled for a confidential amount.

*Fee Dispute* - This case involves a contract dispute concerning Millions in fees between several law firms. The case was settled during trial for a judgment with more than $10 Million being paid to the Plaintiffs.

*Naidu v Brask* – This case involved a minority shareholder being frozen out by the majority shareholder in Louisiana. The case settled for a confidential amount.

# INTERNATIONAL LITIGATION

***Firestone Tire/Ford Litigation*** - Co-Lead Counsel in more than 50 death cases in Mexico and Venezuela related to product liability filed in Texas State Court. This case settled for a confidential amount.

***Valdez*** - Co-Lead Counsel in case in the Southern District of Texas wherein Venezuelan flagged ship sank in the Gulf of Mexico. All Plaintiffs (11 families) were Venezuelan nationals. This case settled for a confidential amount.

***Venezuela Fireman Litigation*** - Lead Counsel in case in Texas State Court involving the death of four Venezuelan firemen and the catastrophic injuries of a fifth fireman involving not only personal injuries, but contractual disputes with Leasing/Rental company in the U.S. This case settled for a confidential amount.

***Quebec Lac-Megantic Quebec Train Derailment (MMA)*** – Counsel for hundreds of people that died or lost businesses related to train that exploded and destroyed an entire town – the worst accident in the history of Quebec, Canada, involving a runaway train. Ultimately 50 individuals died and the entire downtown area was destroyed. This case has partially settled for more than $400 Million.

***Coach Canada Litigation*** – Lead Counsel for more than 50 passengers in three accidents related to busses traveling from Canada to the United States.

***GM Ignition Switch Canada Litigation*** – Lead Counsel for 9 deaths that occurred in the various provinces of Canada related to the GM Ignition Switch Recall.

***Dubois v Autobus Fleur de Lys*** – Lead counsel for 40 passengers on a bus traveling to New York from Quebec, Canada, resulting in injuries or the death of all passengers when the bus rolled off the roadway in North Hudson, New York. Case ongoing.

# Richard L. Coffman
## *Attorneys at Law*

---

The Coffman Law Firm
First City Building
505 Orleans | Fifth Floor
Beaumont, Texas 77701
(409) 833-7700
Fax: (866) 835-8250
E-mail: rcoffman@coffmanlawfirm.com

---

# CV OF RICHARD L. COFFMAN

The Coffman Law Firm is a litigation firm based in Beaumont, Texas that represents individuals and businesses across Texas and throughout the United States in complex commercial litigation, class actions and mass actions. The Firm's litigation practice is focused in the areas of antitrust, RICO, ERISA, data breach, theft of trade secrets, intellectual property, agriculture, consumer and other commercial disputes. For more information about the Coffman Law Firm and its attorneys, please visit the Firm website, www.coffmanlawfirm.com.

Richard L. Coffman is a trial lawyer and the managing partner of the Coffman Law Firm. Mr. Coffman received his B.A. in Accounting, with highest honors, from Texas Lutheran University in 1978, and both his M.P.A. (Taxation), with honors, in 1980, and J.D. in 1989 from the University of Texas at Austin. Prior to establishing the Coffman Law Firm with his wife and law partner, Sonya B. Coffman, Mr. Coffman worked for a large defense firm in Houston and was a partner in a large plaintiff firm in Beaumont.

Before attending law school, Mr. Coffman, who also is a Certified Public Accountant, worked with two international Big 8 public accounting firms. He also taught accounting courses as an adjunct member of the faculties of the University of Washington and University of Texas business schools. Mr. Coffman is AV peer-review rated by Martindale-Hubbell and admitted to practice in all Texas state and federal courts, the United States Supreme Court, the United States Court of Federal Claims, the United States Court of Appeals for the First, Fifth, Seventh and Ninth Circuits, and several other federal district courts by *pro hac vice*.

In addition, Mr. Coffman has been admitted to practice before, and remains in good standing in the following courts:

| COURT | DATE |
| --- | --- |
| All Texas State Courts | 11/3/1989 |
| United States Supreme Court | 5/21/2001 |
| United States Court of Appeals for the First Circuit | 8/6/2001 |
| United States Court of Appeals for the Third Circuit | 6/13/2014 |
| United States Court of Appeals for the Fifth Circuit | 3/20/1990 |
| United States Court of Appeals for the Sixth Circuit | 9/23/2015 |
| United States Court of Appeals for the Seventh Circuit | 8/18/2006 |
| United States Court of Appeals for the Ninth Circuit | 9/4/2013 |
| United States Court of Federal Claims | 3/5/2007 |
| United States District Court for the Eastern District of Texas | 10/6/1992 |
| United States District Court for the Southern District of Texas | 8/31/1990 |
| United States District Court for the Northern District of Texas | 3/19/1993 |
| United States District Court for the Western District of Texas | 2/27/2007 |
| United States District Court for the Central District of Illinois | 9/15/2006 |
| United States District Court for the Southern District of Illinois | 7/22/2015 |
| United States District Court for the Eastern District of Michigan | 12/5/2013 |
| United States Bankruptcy Court for the Southern District of | 7/22/2015 |
| United States Bankruptcy Court for the Eastern District of | 12/5/2013 |

# **NOTABLE CASES**

## **Agriculture**

*Syngenta AG MIR 162 Corn Litigation;* MDL No. 2591 (D. Kansas) (currently represent over 8800 corn farmers in over 42 states against Syngenta for releasing genetically modified corn traits into the United States market before they were approved by China, thereby resulting in a Chinese embargo on United States corn).

*Honey Transshipping Litigation;* No. 13-C-2905 (N.D. Ill.) (represented independent honey producers against importers that illegally imported transshipped honey from China and other illicit-source countries into the United States, thereby defrauding the federal government out of millions of dollars of antidumping duties, and defrauding United States honey producers out of millions of dollars of honey sales) (multimillion dollar settlement).

*Quebedeaux v. United States;* No. 1:11-cv-00389-FMA (U.S. Court of Federal Claims) (unconstitutional takings case on behalf of business and property owners in a 4600 square mile area of the Atchafalaya River basin in south central Louisiana whose farms, ranches, property and businesses were damaged or destroyed by floodwaters when the federal government opened the Morganza Spillway on the Mississippi River in May 2011).

*Monsanto Company Genetically-Engineered Wheat Litigation;* MDL No. 2473 (D. Kansas) (represented over 100 wheat farmers in Washington, Oregon, and Idaho for tainting the United States soft white wheat crop, and causing an embargo by Asian nations, such as Japan and South Korea, on United States soft white wheat) (case settled for $2.375 million).

*Genetically Modified Rice Litigation;* MDL No. 1811 (D. Missouri) (represented over 950 rice farmers in Texas, Louisiana, Mississippi, Arkansas, and Missouri against Monsanto for tainting the United States rice crop, and causing a European Union embargo on United States long grain rice) (case settled for $750 million).

# **NOTABLE CASES**

## **Antitrust**

*Chickens Antitrust Litigation* (N.D. Ill.) (currently represent food wholesalers/distributors/retailers and restaurant chain direct action plaintiffs against the seventeen largest chicken producers for raising and fixing the price of fresh and frozen whole chickens and parts since 2008).

*Packaged Seafood Antitrust Litigation;* MDL No. 2670 (S.D. Cal) (currently represent grocery wholesaler and retailer direct action plaintiffs against Starkist, Bumble Bee, and Chicken of the Sea for raising and fixing the price of packaged seafood since 2003).

*TFT-LCD (Flat Panel) Antitrust Litigation;* MDL No. 1827 (N.D. Cal.) (represented the Nevada consumer sub-class representative in a price fixing case involving liquid crystal display flat panel televisions) (case settled for $1.1 billion).

*Static Random Access Memory (SRAM) Antitrust Litigation;* MDL No. 1819 (N.D. Cal.) (represented nine state consumer class representatives in a price fixing case involving static random access memory chips) (case settled for $41 million).

*Aftermarket Filters Antitrust Litigation;* MDL No. 1957 (N.D. Ill.) (represented an automobile service facility that was one of the lead direct purchaser class representatives in a price fixing case involving aftermarket automobile oil and air filters) (case settled for over $17 million).

*Brand-Name Prescription Drug Antitrust Litigation;* MDL No. 997 (N.D. Ill.) (co-lead counsel for 200 pharmacy and grocery companies with over 1100 retail locations that opted out of the class action in a price fixing case involving brand-name prescription drugs) (over $40 million recovered for clients).

# **NOTABLE CASES**

## **Class Actions**

*Equifax, Inc. Customer Data Security Breach Litigation;* MDL No. 2800 (N.D. Ga.) (class action on behalf of the largest credit union in Florida and other similarly situated financial institutions that incurred damages due to Equifax's failure to safeguard and protect the sensitive and confidential personal and financial information of over 143 million U.S. consumers).

*Ford Defective Door Latch Litigation* (N.D. Cal.) (class action on behalf of current and former owners and lessees of certain 2011-2016 Ford and Lincoln vehicles with defective door latch assemblies that cause unwarranted "door ajar" warnings and the doors not to lock, thereby depleting the batteries and causing them to run down).

*The Home Depot, Inc. Customer Data Security Breach Litigation;* MDL No. 2583 (N.D. Ga.) (class action on behalf of Firm's financial institution clients to recover damages and expenses to replace payment cards compromised by a massive data breach) (case settled for over $60 million of cash and other concessions).

*Experian Data Breach Litigation* (C.D. Cal.) (class action on behalf of consumers against Experian Data Corp., Court Ventures, Inc., and U.S. Infosearch.com, LLC for selling or granting access to the confidential and regulated consumer, financial, and personal records and information of millions of U.S. citizens to a known identity thief who re-sold it to 1300 other identity thieves in a scheme that lasted several years).

*Denson v. LPL Financial, LLC;* No. A-199270 (D. Ct. Jefferson County, Tex.) (class action on behalf of consumers whose investment accounts and retirement accounts were churned and mismanaged).

*Byers v. Wells Fargo Advisors LLC;* No. A-198927; (58th District Court, Jefferson County Texas) (class action on behalf of current and former Wells Fargo financial advisors who were underpaid under the Wells Fargo broker pay out grid, from 2011-2014).

# NOTABLE CASES

## RICO Racketeer Influenced and Corrupt Organizations Act)

*Edis Trucking, Inc. v. Pilot Corporation;* No. 1:13-cv-03294 (N.D. Ill.) (mail fraud and wire fraud) (represented trucking company in a class action against Pilot Flying J to secure underpaid fuel rebates) ($40+ million settlement).

*Curtis v. Martin;* No. 1:12-cv-00151-MAC (E.D. Tex.) (mail fraud and wire fraud) (represented purchaser of gold coins against coin and bullion dealer) (purchase price recovered).

*Rogers v. Penland;* No. 1:04-cv-00611-RC (E.D. Tex.) (bank fraud) (represented directors of a closed bank against former customer who defrauded the bank via a check kiting scheme).

## Whistleblower (Qui Tam) Suits

*United States ex rel. Johnson v. Shell Oil Co.;* No. 9:96-CV-66 (E.D. Tex.) (recovery of underpaid royalties on oil produced from federal land) ($392 million settlement).

## Securities

*Lee v. TriCentury Corporation;* No. 1:08-cv-00719-RC (E.D. Tex.) (successfully defended bank against investors whose stock subscription funds were stolen by the bank's lawyer) (favorable settlement for Firm's client).

*Hyman v. Metropolitan Park, Inc.;* No. B-184614 (D. Ct. Jefferson County, Tex.) (successfully defended bank in a an investment fraud case) (favorable settlement for Firm's client).

*Castro v. PaineWebber, Inc.;* No. 1:94-cv-00065-RAS (E.D. Tex.) (investor class action to recover losses pertaining to a limited partnership investment) (favorable settlement recovered for Firm's client and investor class).

# NOTABLE CASES

## ERISA – Employee Benefits

*Steinberg v. Morgan Stanley & Co., Inc.;* No. 3:06-CV-02628-BEN-NLS (S.D. Cal. 2009) (nationwide class action on behalf of securities brokers to recover unpaid overtime) ($50 million settlement).

*Wachovia Securities, LLC Wage and Hour Litigation;* MDL No. 1807 (C.D. Cal. 2009) (nationwide class action on behalf of securities brokers to recover unpaid overtime) ($39 million settlement).

*Ronald E. Choinacki v. American Home Products Corporation;* No. 2:98-CV-3573-FSH(D.N.J. 2000) (Lead Counsel) (nationwide class action on behalf of former employees to recover underpaid lump-sum pension benefits) (multimillion dollar settlement).

*Myers-Garrison v. Johnson & Johnson*, 210 F.3d 425 (5th Cir. 2000) (Lead Counsel)(nationwide class action on behalf of former employees to recover underpaid lump-sum pension benefits).

*Lewis v. Iasis Healthcare Corporation Short Term Disability Plan;* No. 1:06-CV-00448-RC (E.D. Tex. 2006) (short term disability benefits).

# RESUME OF
# MICHAEL D. GODWIN

**Personal:**
Date of Birth: December 5, 1951, Century, Florida
Married to former Harriett Otts of Brewton, Alabama, three children.

**Education:**
University of South Alabama, Bachelor of Arts in Criminal Justice Administration-1973
Troy University, Master of Science in Criminal Justice Management-1978
Juris Doctor, Jones School of Law-1983

**Experience:**
| | |
|---|---|
| 1975-1979 | Chief Probation Officer, Escambia County Juvenile Court |
| 1979-1983 | Administrative Analyst, Alabama Department of Corrections, Research Monitoring and Evaluation Unit |
| 1987-2005 | District Attorney 21st Judicial Circuit, Escambia County, Alabama |
| 2005-Present | Private Practice- Otts, Moore, Coale, Godwin & Stearns, Brewton, Alabama |

    Admitted to Alabama Bar and Federal Bar

    Past President Alabama Child Support Association

    Past Chairman Committee on Correctional Institutions and Procedures, Alabama State Bar

    Immediate Past President Escambia County Bar Association

**Activities:**
Member of the Gulf Coast Council Boy Scouts of America Executive Committee (Recipient of Silver Beaver)
Member of the Brewton Rotary Club
Elder- First Presbyterian Church, Brewton, Alabama

Home Address:    2478 Douglas Avenue, Brewton, Alabama 36426
Business Address: P.O. Box 467, Brewton, Alabama 36427
E-mail:    mikegodwin1@bellsouth.net
Home No.:    251-867-3808
Office No.:    251-867-7724
Office Fax:    251-867-2624