## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In re:   JEREMY A. BRAY                         )          Case No.:  18-82940-CRJ-12
   SSN: xxx-xx-8166                        )
                  )
                  )
     Debtor.                              )          CHAPTER 12

### FIRST MOTION FOR APPROVAL OF INTERIM PROFESSIONAL FEES
### AND EXPENSES FOR CHAPTER 12 DEBTOR'S ATTORNEY

   COMES NOW the duly appointed and acting Debtor in the above styled Chapter 12 case, and shows the Court as follows:

### General Background

   1. On October 2, 2018, the Debtor commenced with this Court a voluntary case under Chapter 12 of Title 11, United States Code (the "Bankruptcy Code").

   2. On November 8, 2018, this Court approved the employment of Sparkman, Shepard & Morris, P.C. as Debtor's counsel (the "Approval Order"). That day, this Court also entered an Order approving the Debtor's Motion to allow its attorneys to send monthly notices of attorney's fees and expenses incurred (the "Monthly Fee Notices") to the Debtor's 20 largest unsecured creditors, all parties requesting notice, the Bankruptcy Administrator (the "Notice Parties").

   3. The Approval Order also orders the Debtor's counsel to file with the Court, beginning on January 2, 2019, and serve upon the Notice Parties not more than once every 90 days an interim application for allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §331, of the amounts sought in the Monthly Fee Notices filed during such period (the "Interim Fee Application"). The Interim Fee Application must include a summary of the Monthly Fee Notices that are the subject of the request and any other information requested by the Court or required by the Local Rules.

### Relief Requested

   4. The said professional currently employed by the Debtor has previously served Monthly Fee Notices for the months of June, July, and August 2018, with balances due on each as shown below:

October 2018   Compensation: $624.00 (80% paid) / Expenses: $331.20 (100% paid)
         Total:  $955.20
         Date of Notice:  November 2, 2018
         Amount of fees held in trust pending Court approval: $0.00

| November 2018 | Compensation: $1,032.00 (80% paid) / Expenses: $94.20 (100% paid) |
|---|---|
| | Total: $1,126.20 |
| | Date of Notice: December 3, 2018. |
| | Amount of fees held in trust pending Court approval: $0.00 |

| December 2018 | Compensation: $2,930.00 (0% paid) / Expenses: $98.60 (0% paid) |
|---|---|
| | Total: $3,028.60 |
| | Date of Notice: December 31, 2018 |
| | Amount of fees held in trust pending Court approval: $0.00 |

5.     No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

6.     This application is brought under the provisions of Sections 327, 328, 330, 331 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtor requests that the Court: enter an Order approving such compensation and expenses and authorizing the Debtor to pay same; and grant other and further relief as the Court deems just and proper.

Respectfully submitted this the 31st day of December, 2018.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

**CERTIFICATE OF SERVICE**

This is to certify that I have this the 31st day of December, 2018 served the foregoing document upon the Debtor's 20 largest unsecured creditors, Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 all persons requesting notice and the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon:

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard