# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| JEREMY ANDREW BRAY | ) CASE NO. 18-82940-CRJ-12 |
| | ) CHAPTER 12 |
| SSN XXX-XX-8166 | ) |
| | ) |
| DEBTOR | ) |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Michele T. Hatcher, the Chapter 12 Trustee in the above styled case, and states:

1. The Debtor filed for relief under Chapter 12 of the U.S. Bankruptcy Code on October 2, 2018 and filed his Chapter 12 Plan on December 21, 2018.

2. The Debtor failed to provide copies of government issued photo identification, evidence of his social security number, copies of his 2016 and 2017 federal tax returns, a tax appraisal for real property in which he maintains an ownership interest and copies of bank statements from a deposit account located at CB&S Bank.

3. The Debtor failed to provide documentation to support feasibility of the proposed Plan, including an itemization of revenue and expenses for the ongoing farming operation. The Trustee is unable to recommend confirmation of the proposed Plan. Further, the proposed Plan fails to address ongoing payments for restitution to USDA Farm Service Agency and the assumption or rejection of unexpired leases on real property.

4. The proposed Plan provides for the Debtor to remit to the Chapter 12 Trustee a monthly payment in the amount of $100 per month for thirty-six (36) months for distribution to general unsecured claims. Barring the sale of real property as indicated in the proposed Plan and receipt of proceeds from a pending class-action lawsuit, the proposed Plan payments are not sufficient to meet the requirements of 11 U.S.C. § 1225(a)(4).

WHEREFORE, the Trustee prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted this the 3rd day of January, 2019.

                                                           /s/Michele T. Hatcher
                                                           Michele T. Hatcher, Chapter 12 Trustee
                                                           P.O. Box 2382
                                                           Decatur, AL. 35602
                                                           (256) 350-0442

## CERTIFICATE OF SERVICE

       I hereby certify that on January 3, 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Jeremy Andrew Bray
8080 County Road 52
Spruce Pine AL 35585

Tazewell Taylor Shepard, IV
Sparkman Shepard & Morris, P.C.
Attorney for Debtor
P.O. Box 19045
Huntsville AL 35804

Richard M. Blythe
Assistant U.S. Bankruptcy Administrator
Northern District, Northern Division of Alabama
400 Well Street
Decatur AL 35602

                                                /s/Michele T. Hatcher
                                                Michele T. Hatcher