# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JEREMY A. BRAY | ) | Case No.: 18-82940-12 |
| | ) | |
| | ) | |
| SSN: xxx-xx-8166 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 12 |

## DEBTOR'S AMENDED RESPONSE TO
## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Jeremey A. Bray, (the "Debtor") and responses to the Objection to Confirmation (the "Objection") filed by Michele T. Hatcher, Chapter 12 Trustee (the "Trustee") as follows:

1. The Debtor and his counsel believe that he presented his driver's license and social security card to the Trustee at his § 341 Meeting and do not recall the Trustee requesting copies of the Debtor's bank statements. Copies of the Debtor's real property tax assessments are attached to this Response as Exhibit "A." The Debtor agrees to provide the Trustee with all other documents requested in paragraph 2 of her Objection.

2. The Trustee objects on the basis that the Debtor has unexpired leases that have not been assumed or rejected. This issue is moot: in December 2018, Debtor filed a separate motion to assume all applicable executory contracts – including his farmland leases – which this Court has set for hearing on January 9, 2019.

3. The Trustee objects based on 11 U.S.C. § 1225(a)(4). This code section requires that unsecured creditors receive at least as much value under the plan as they would in a Chapter 7 liquidation. The Debtor's plan contemplates 100% payment of all allowed claims in this case. Thus § 1225(a)(4) is satisfied because all allowed unsecured creditors will receive as much under the plan as they would have if the Debtor's estate were liquidated.

4. The Trustee objects on the basis that the Debtor's plan fails to propose treatment for restitution to a creditor the Debtor listed on his schedules and disclosed at his § 341 meeting. While the plan does not provide for payments to this creditor, any such payments do not constitute

an allowed claim under Fed.R.Bankr.P. 3002(a) until this creditor files a timely proof of claim. Should this creditor file an allowed unsecured claim and the Debtor's class-action settlement proceeds not satisfy all the allowed unsecured claims in full, the Trustee or any unsecured creditor may file a motion to modify the plan pursuant to 11 U.S.C. § 1229 to provide for adequate payments to this creditor.

5. The Trustee has objected to the Plan based on feasibility. While the Trustee has not previously requested any financial from the Debtor, Schedules I and J of the Debtor's bankruptcy schedules show that the Debtor had net monthly income of $2,441.98 per month as of the bankruptcy petition date. The Debtor states to this Court that he can afford his monthly proposed plan payments of $100.00. The Debtor agrees to supplement or amend his plan with any documentation the Court deems necessary.

WHEREFORE, PREMISES CONSIDERED, the Debtor Jeremy A. Bray respectfully requests that this Court enter an Order: overruling the Trustee's objections to the Debtor's Chapter 12 plan; and granting such further relief as this Court deems just and proper.

Respectfully submitted this the 4th day of January, 2019.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

### CERTIFICATE OF SERVICE

This is to certify that I have this the 4th day of January, 2019 served the foregoing document upon Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602, Michele T. Hatcher, Chapter 12 Trustee, P.O. Box 2382, Decatur, AL 35602, and all persons requesting notice by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes.

*/s/ Tazewell T. Shepard IV*
Tazewell T. Shepard IV



# EXHIBIT A

## Property Record Card - 10 08 28 0 000 005.000

| Owner Name and Mailing Address<br>BRAY, JEREMY ANDREW<br>8080<br>HWY 52<br>SPRUCE PINE, AL 35585 | Deed Book: 000332<br>Deed Page: 000537<br>Deed Date: 4/12/2010 | Property Address<br>CO RD 52<br>CO EAST |
|---|---|---|
| Acct #:0000535832<br>Tax Dist: 06<br>Exemptions: NOT EXEMPT<br>Total Acres: 18.2 | Land Value: $28,100<br>Misc. Improvement Value: $0<br>Total Appr Value: $28,100<br>Current Use Value: $0 | Assessment Value: $2,900<br>Estimated Tax Due: $97.95<br>Amount Paid: $0<br>Contact office after December 31 |

Brief Legal Description
18.2 ACC. PT. OF S 1/2 OF SW 1/4 OF SEC. 28 T7S R 12W: COM. AT SW CORNER OF SW 1/4 OF SW 1/4; TH E 476.2' TO BEG.; TH CONTINUE E 1025'(S); TH N 680'( S) TO SWLY ROW OF COUNTY HWY 52; TH NWLY ALONG SAI D ROW 780'(S); TH S 530'(S); TH SWLY 527.3'; TH S 563.2' TO POB.

### Land Values  Parcel Number: 1008280000005000

| Acreage Number | Acres | Land Type | Price | Tax Class | Value |
|---|---|---|---|---|---|
| 1 | 9 | Forestry | $1,275 | 3 | $11,500 |
| 2 | 9.2 | Residential | $1,800 | 3 | $16,600 |
| Total Acres: 18.2 | | | | Total Appraised Value: | $28,100 |

### Improvement Details  Parcel Number: 1008280000005000

### Extra Features  Parcel Number: 1008280000005000

### Miscellaneous Improvements  Parcel Number: 1008280000005000

### Improvement Summary  Parcel Number: 1008280000005000

### Manufactured Homes  Parcel Number: 1008280000005000

### Tax Information  Parcel Number: 1008280000005000



# Property Record Card - 10 08 33 0 000 006.000

| Owner Name and Mailing Address | Deed Book: 000332 | Property Address |
|---|---|---|
| BRAY, JEREMY ANDREW<br>8080<br>HWY 52<br>SPRUCE PINE, AL 35585 | Deed Page: 000537<br>Deed Date: 4/12/2010 | CO RD 52<br>CO EAST |
| Acct #:0000535832 | Land Value: $68,900 | Assessment Value: $29,800 |
| Tax Dist: 06 | Misc. Improvement Value: $117,700 | Estimated Tax Due: $986.95 |
| Exemptions: NOT EXEMPT | Total Appr Value: $186,600 | Amount Paid: $0 |
| Total Acres: 44 | Current Use Value: $0 | **Contact office after December 31** |

**Brief Legal Description**
44 ACC. THE NW 1/4 OF NW 1/4 AND THE W 165' OF UN IFORM WIDTH OFF THE NE 1/4 OF NW 1/4 ALL IN SEC. 3 3 T7S R12W. THIS PARCEL IS CONTIG. WITH 10-08-28-0-000-005.000 AND 10-09-32-0-000-001.000

## Land Values  Parcel Number: 1008330000006000

| Acreage Number | Acres | Land Type | Price | Tax Class | Value |
|---|---|---|---|---|---|
| 2 | 22 | Residential | $1,800 | 3 | $39,600 |
| 3 | 22 | Forestry | $1,330 | 3 | $29,300 |
| Total Acres: 44 | | | | Total Appraised Value: | $68,900 |

## Improvement Details  Parcel Number: 1008330000006000

**Improvement 1**

Bldg Prim Code   SINGLE FAMILY

Year Built      1974     Effective Year Built   0

| Exterior | Roof Type | Roof Material | **Building Calculations** |
|---|---|---|---|
| BRICK ON WOOD - 100 | HIP-GABLE - 100 | ASPHALT SHINGLES - 100 | EFF Year.........0<br>Class...............D+<br>Bld Code..........0111<br>Base Rate.......$59<br>Adj Rate..........$55 |

| Interior | Floors | Foundation | **Building Area** |
|---|---|---|---|
| PLYWOOD - 100 | CARPET & UNDERLAY - 100 | CONT WALL - 100<br><br>CONCRETE BLOCK - 100 | Stories........1<br>Base...........1853<br>2ndStory.....0<br>Adjusted.....2484 |

## Extra Features  Parcel Number: 1008330000006000

| Improvement Number | Feature Number | Feature Code | Description |
|---|---|---|---|
| 1 | 1 | 03 | BATH 3FIX |
| 1 | 2 | 011106 | FHA/AC |

11/6/2018 10:33:12 AM

1 of 2

Case 18-82940-CRJ12    Doc 55    Filed 01/04/19    Entered 01/04/19 23:57:12    Desc Main
Document      Page 4 of 6

| Miscellaneous Improvements  Parcel Number: 1008330000006000 | | | | | | |
|---|---|---|---|---|---|---|
| Improvement Number | Code | Description | Notes | Condition | Total Area | Value |
| 1 | HS2 | HOMESITE   HOMESITE IMPRO | | 100% | 1 | $400 |
| 2 | B24 | BARN/SHED  BARN/SHED OPEN | | 30% | 1,800 | $500 |
| 3 | B41 | BARN/UTIL  BARN/UTILITY B | | 30% | 400 | $100 |

| Improvement Summary  Parcel Number: 1008330000006000 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Description | Subtotal | Base Area | Rate | Replacement Cost | Condition | Class | Value |
| 0111 | SINGLE FAMILY | $136,695 | 1,853 | $55.03 | $149,889 | 70% | D+ | $109,600 |

Manufactured Homes  Parcel Number: 1008330000006000

Tax Information  Parcel Number: 1008330000006000



# Property Record Card - 10 09 32 0 000 001.000

| Owner Name and Mailing Address<br>BRAY, JEREMY ANDREW<br>8080<br>HWY 52<br>SPRUCE PINE, AL 35585 | Deed Book: 000332<br>Deed Page: 000537<br>Deed Date: 4/12/2010 | Property Address<br>CO RD 52<br>CO EAST |
|---|---|---|
| Acct #:0000535832<br>Tax Dist: 06<br>Exemptions: NOT EXEMPT<br>Total Acres: 80 | Land Value: $102,000<br>Misc. Improvement Value: $0<br>Total Appr Value: $102,000<br>Current Use Value: $0 | Assessment Value: $10,200<br>Estimated Tax Due: $345.95<br>Amount Paid: $0<br>Contact office after December 31 |

**Brief Legal Description**
N2 NE4 SEC. 33 T7S R12W THIS PARCEL IS CONTIG. WITC 10-08-33-0-000-006.000

### Land Values  Parcel Number: 1009320000001000

| Acreage Number | Acres | Land Type | Price | Tax Class | Value |
|---|---|---|---|---|---|
| 1 | 80 | Forestry | $1,275 | 3 | $102,000 |

Total Acres: 80                                                                 Total Appraised Value: $102,000

### Improvement Details  Parcel Number: 1009320000001000

### Extra Features  Parcel Number: 1009320000001000

### Miscellaneous Improvements  Parcel Number: 1009320000001000

### Improvement Summary  Parcel Number: 1009320000001000

### Manufactured Homes  Parcel Number: 1009320000001000

### Tax Information  Parcel Number: 1009320000001000