UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | | |
| Jeremy Andrew Bray | } | **Case No: 18-82940-CRJ12** |
| SSN: XXX-XX-8166 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER

This matter came before the Court on Wednesday, January 09, 2019 10:00 AM, for a hearing on the following:

   RE: Doc #44; Debtor's Amended Application to Employ Mitchell A. Toups, Richard L. Coffman and Michael D. Godwin as Special Counsel

Proper notice of the hearing was given and appearances were made by the following:

   Michele T. Hatcher (Trustee)
   Richard M Blythe (Bankruptcy Administrator)
   Tazewell Taylor Shepard IV, attorney for Jeremy Andrew Bray (Debtor)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Debtor's Amended Application to Employ Mitchell A. Toups, Richard L. Coffman and Michael D. Godwin as Special Counsel is DENIED without prejudice for the reasons stated on the record.

Dated: 01/09/2019

                                                       /s/ CLIFTON R. JESSUP JR.
                                                       CLIFTON R. JESSUP JR.
                                                       United States Bankruptcy Judge