# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JEREMY A. BRAY | ) | Case No.: 18-82940-12-CRJ |
| | ) | |
| SSN: xxx-xx-8166 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 12 |
| | ) | |

## DEBTOR'S OBJECTION TO PROOF OF CLAIM OF
## JOHN DEERE FINANCIAL [CLAIMS DOC. 8-1]

COMES NOW Jeremy A. Bray, the Chapter 12 Debtor ("Debtor") and, pursuant to Fed.R.Bankr.P. Rule 3007, shows unto the Court as follows:

1. The Debtor filed his Chapter 12 bankruptcy petition on October 2, 2018.

2. Pursuant to Fed.R.Bankr.P. 3002(c), proofs of claim must be filed with the Clerk of Court not later than 70 days after the commencement of the case to be considered timely - December 11, 2018 in this case (the "Claims Bar Date").

3. Creditor John Deere Financial filed Proof of Claim 8-1 with the Clerk of Court on January 9, 2019, nearly a month after the Claims Bar Date.

4. Allowing this creditor's untimely claim as an allowed claim would prejudice those creditors who filed timely claims, along with the Debtor's bankruptcy estate.

5. Accordingly, the Debtor seeks an order from this Court disallowing Proof of Claim 8-1 as untimely.

WHEREFORE, the Debtor prays for an Order from this Court: sustaining its objection to Proof of Claim 8-1; and granting such further relief to the Debtor as the Court deems just and proper.

Case 18-82940-CRJ12    Doc 62    Filed 01/09/19    Entered 01/09/19 20:12:59    Desc Main
Document    Page 1 of 2

Respectfully submitted this 9th day of January, 2019.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV
*An Attorney to Chapter 12 Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that on this the 9th day of January, 2019, I have served the foregoing document upon John Deere Financial, c/o Weltman Weinberg & Reis Co. LPA, 323 W. Lakeside Ave. Ste. 200, Cleveland, OH 44113, Michele T. Hatcher, Chapter 12 Trustee, P.O. Box 2388, Decatur, AL 35602, and Richard M. Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35062 by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail, postage prepaid.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV