IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEREMY A. BRAY | ) | BANKRUPTCY CASE NO: 18-82940-CRJ |
| | ) | |
| DEBTOR. | ) | CHAPTER 12 |

## RESPONSE TO DEBTOR'S MOTION FOR AUTHORITY TO SELL ASSETS FREE AND CLEAR OF LIENS

Comes now the United States of America ("United States") in behalf of the United States Department of Agriculture, Farm Service Agency ("USDA") by and through its counsel Jay E. Town, United States Attorney for the Northern District of Alabama and files this Response to Debtors' Motion for Authority to Sell Assets Free and Clear of Liens and Encumbrances ("Motion"). For its response, the United States asserts as follows:

1. The United States/USDA does not object to the allegations contained in paragraphs one through twenty-three of the Motion.

2. The United States/USDA consents to the Terms of Sale which are stated in paragraphs twenty-four and twenty-five of the Motion.

JAY E. TOWN
United States Attorney

*/s/Richard E. O'Neal*
RICHARD E. O'NEAL
Assistant United States Attorney
1801 4th Avenue North
Birmingham, Alabama 35203
Tel No. (205) 244-2120

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing has been served upon the following by electronic mail on this the 4th day of June 2019.

Mr. Tazewell Taylor Shepard, IV
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804

Ms. Michele Hatcher
Chapter 12 Trustee
P.O. Box 2388
Decatur, Alabama 35602

                                        */s/Richard E. O'Neal*
                                        RICHARD E. O'NEAL
                                        Assistant United States Attorney