# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Jeremy A. Bray | ) | Case No.: 18-82940-CRJ-12 |
| | SSN: xxx-xx-8166 | ) | |
| | | ) | |
| | Debtor. | ) | Chapter 12 |

## ORDER ON MOTION TO MODIFY PLAN OF REORGANIZATION

This matter came before the Court for hearing upon the Debtor's Motion to Modify Plan of Reorganization (Doc. 115). After proper notice, a hearing was held on October 9, 2019 with appearances by Tazewell T. Shepard IV on behalf of the Debtor and Michele T. Hatcher as Trustee.

Upon consideration by the Court, and with no objections having been filed, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the Debtor's Motion to Modify Plan of Reorganization is hereby **APPROVED**.

Dated this the 12th day of March, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtor