# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: JEREMY A. BRAY | ) | Case No.: 18-82940-12-CRJ |
| | ) | |
| SSN: xxx-xx-8166 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 12 |
| _____ | ) | |

## DEBTOR'S MOTION FOR AUTHORTY TO USE INSURANCE PROCEEDS TO PAY SECURED CLAIM AND TO REPAIR PROPERTY OF THE ESTATE

COMES NOW Jeremy A. Bray, as the Chapter 12 Debtor-in-Possession (the "**Debtor**"), and, pursuant to 11 U.S.C. § 363(b), shows this Court as follows:

1. On October 2, 2018, the Debtor commenced with this Court a voluntary case under Chapter 12 of Title 11 of the United States Code. This Court confirmed the Debtor's Amended Chapter 12 Plan (the "**Plan**") on March 8, 2019.

2. The Debtor's homestead farm property is encumbered by a senior mortgage in favor of the United States Department of Agriculture ("**USDA**"). As of March 18, 2021, the Debtor owed USDA approximately $10,200.00.

3. On or about February 17, 2021, a barn on the Debtor's property suffered storm damages.

4. The Debtor's insurance carrier, MESA Underwriters Specialty Insurance Company, has tendered to the Debtor an insurance payment of $20,000.00 to cover property damage related to the barn (the "**Insurance Proceeds**").

5. The Debtor is now in possession of the Insurance Proceeds check and will not deposit the funds until approved by the Court.

6. The Debtor avers that USDA's secured claim attaches to the Insurance Proceeds. The Debtor also states that the damaged barn is necessary to his farm business and the successful completion of his Chapter 12 Plan of Reorganization.

7. Pursuant to 11 U.S.C. § 363, the Debtor seeks Court authority to use the Insurance Proceeds as follows:

    (i) Tender to USDA an amount of up to $10,500.00 to payoff its secured claim.

    (ii) Use the remaining approximate $9,500.00 of Insurance Proceeds to repair the damaged barn.

8. The Debtor believes that he can perform and supervise the repairs to minimize labor costs and expenses.

9. The Debtor's proposal for use of the Insurance Proceeds will pay off a secured claim in the case while also repairing damaged property necessary for his case; this proposal will maximize value to the estate while allowing the Debtor to continue meeting his ongoing Plan obligations.

WHEREFORE, the Debtor respectfully requests that the Court enter an order: (i) approving the Debtor's proposal to tender up to $10,500.00 of insurance proceeds to USDA to satisfy its secured claim; (ii) approving the Debtor's proposal to use the remaining approximate $9,500.00 in Insurance Proceeds to repair his damaged property; and (iii) and granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 28th day of March, 2021.

    /s/ Tazewell T. Shepard IV
    Tazewell T. Shepard III
    Tazewell T. Shepard IV
    *Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 28th day of March, 2021 served the foregoing document upon all addressees on the Clerk's Mailing Matrix in this case, Richard M. Blythe, Office of the Bankruptcy Administrator, Michele Hatcher, Chapter 12 Trustee, by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U. S. Mail.

    /s/ Tazewell T. Shepard IV
    Tazewell T. Shepard IV