# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT ALABAMA
# NORTHERN DIVISION

IN RE:

**JEREMY ANDREW BRAY** xxx-xx-8166           **CHAPTER 12**
         **CASE NO. 18-82940-CRJ-12**

## CHAPTER 12 TRUSTEE'S QUARTERLY REPORT
## FOR THE PERIOD BEGINNING JANUARY 1, 2021
## AND ENDING MARCH 31, 2021

| | |
|---|---:|
| **Monies held in trust at beginning of period:** | $ 0.00 |
| **Monies received during period from:** | |
|     Debtor(s) | $ 1,960.00 |
| **Total monies received during period plus the amount held at the beginning of period** | $ 1,960.00 |
| Disbursements to: | |
|     Secured creditors: | $ 0.00 |
|     Priority creditors: | $ 0.00 |
|     Unsecured creditors – see itemization attached: | $ 931.00 |
| Total disbursed to creditors: | $ 931.00 |
| Refund to Debtor(s): | $ 0.00 |
| Trustee compensation: | $ 49.00 |
| Trustee expenses: | $ 0.00 |
| Other disbursements: | $ 0.00 |
| **Total monies disbursed during period:** | $ 980.00 |
| **Monies held in trust at end of period:** | $ 980.00 |

Surety bond, other than the blanket bond, in force in this case is not required. The funds of this estate are on deposit in Fifth Third Bank, and are covered by FDIC, FSLIC, or are sufficiently collateralized as required by 11 U.S.C. §345.

I, Michele T. Hatcher, Trustee, certify that the information contained herein is true, accurate and complete to the best of my knowledge and belief.

Done and dated the 16th day of April, 2021.

/s/Michele T. Hatcher
Michele T. Hatcher
Chapter 12 Trustee
P.O. Box 2382
Decatur, AL 35602
(256) 350-0442

# ITEMIZED LIST OF DISBURSEMENTS TO UNSECURED CREDITORS

CASE 18-82940-CRJ-12

Jeremy Andrew Bray
8080 County Road 52
Spruce Pine, AL 35585

PERIOD JANUARY 1-MARCH 31, 2021

## Payments to Unsecured Creditors

| Payment Date | Creditor Name | Court Claim Number | Payment |
|---|---|---|---|
| 1/25/2021 | SANTANDER CONSUMER USA | 2 | 161.67 |
| 1/25/2021 | FRANKLIN CO SOLID WASTE | 1 | 2.69 |
| 1/25/2021 | AMERICAN EXPRESS BANK FSB | 4 | 109.10 |
| 1/25/2021 | TOP OF THE ROCK TRUCK STOP LLC | 3 | 192.04 |
| 2/24/2021 | SANTANDER CONSUMER USA | 2 | 161.67 |
| 2/24/2021 | FRANKLIN CO SOLID WASTE | 1 | 2.68 |
| 2/24/2021 | AMERICAN EXPRESS BANK FSB | 4 | 109.10 |
| 2/24/2021 | TOP OF THE ROCK TRUCK STOP LLC | 3 | 192.05 |

**TOTAL DISBURSEMENTS TO UNSECURED CREDITORS JANUARY 1 - MARCH 31, 2021**  931.00