# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Jeremy A. Bray<br>SSN: xxx-xx-8166 | ) ) ) ) | Case No.: 18-82940-CRJ-12 |
| Debtor. | ) | Chapter 12 |

## DEBTOR'S MOTION FOR TRUSTEE'S AUTHORITY TO DISBURSE FUNDS

COMES NOW Jeremy A. Bray, as the Chapter 12 Debtor-in-Possession (the "**Debtor**"), pursuant to 11 U.S.C. § 363(b), shows this Court as follows:

1. On October 2, 2018, Debtor filed a voluntary petition under Chapter 12 of Title 11 of the United States Code, 11 U.S.C. 101 *et seq*. in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division (the "**Bankruptcy Court**").

2. Thereafter, the Bankruptcy Court appointed Michele T. Hatcher to serve as the Debtor's Chapter 12 Trustee (the "**Trustee**").

3. On November 16, 2018, pursuant to Federal Rule of Bankruptcy Procedure 1009, the Debtor filed amended Schedule A/B to amend the value of his property interest in a class action for restitution styled *In re: Syngenta Ag MIR162 Corn Litigation*, MDL No.:2951 Case No. 14-md-2591-JWL-JPO (the "**Syngenta Claim**"). He also amended Schedule C to reflect Debtor's updated claim of exemptions.

4. More recently, this Court issued an order on April 23, 2020 directing all payments owed to the Debtor as a class member in the Syngenta Claim to be made payable to the Trustee [ECF Doc. 140].

5. On May 7, 2021, Trustee received a Restitution Payment in the amount of $1,372.37 as proceeds from the Syngenta Claim (the "**Restitution Payment**").

6. Pursuant to 11 U.S.C. § 522(b)(3) and Alabama Code § 6-10-6, Debtor claimed the Restitution Payment as exempt property on his Schedule C; the Restitution Payment is not an asset of the Debtor's bankruptcy estate.

7. The undersigned counsel understands that the Trustee's office will turnover the Restitution Payment to the Debtor upon the entry of an order directing her to disperse these funds.

8. Accordingly, the Debtor seeks an order from this Court authorizing disbursement of the Restitution Payment to the Debtor.

WHEREFORE, the Debtor prays that this Court will enter an order: (i) authorizing the Trustee to disburse funds in the amount of $1,372.37 to the Debtor; and (ii) granting such further relief as the Court deems just and proper.

Respectfully submitted this 11th day of May, 2021.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
E-mail: ty@ssmattorneys.com

## CERTIFICATE OF SERVICE

This is to certify that I have, 11th day of May, 2021, served the foregoing document upon all addresses on the Clerk's Mailing Matrix in this case, Richard M. Blythe, Office of the Bankruptcy Administrator, Michele Hatcher, Chapter 12 Trustee, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV